IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: **22-50495-pwb** |
| **Hiep Ngoc Tran,** | * | |
| **AKA Ngoc-Hiep Thi Tran,** | * | |
| | * | CHAPTER: 7 |
| Debtor | * | |
| **Hiep Ngoc Tran,** | * | |
| **AKA Ngoc-Hiep Thi Tran,** | * | |
| MOVANT, | * | |
| VS. | * | |
| **Citibank, N.A.** | * | **Civil Action File No.** |
| | * | **20SCE1238** |
| RESPONDENT. | * | |

## AMENDED CERTIFICATE OF SERVICE

I certify that I have this date served the following parties with a copy of the "Notice Of Requirement Of Response To Motion To Avoid Judicial Lien On Exempt Property And Of Time To File Same" and "Motion To Avoid Judicial Lien" Docket No. 11, by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

**S. Gregory Hays- Chapter 7 Trustee**
2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

**Hiep Tran**
308 Wickley Way
Woodstock, GA 30188

**We served by Certified Mail**
**Recpt #: 7020 1290 0001 9007 1904**
**Citibank, N.A.**
Jane Fraser, CEO
701 East 60th Street North
Sioux Falls, SD 57104

Dated: 3/7/2022

/s/
Jessica Douglas GA Bar No. 340570
Attorneys for Debtor

CLARK & WASHINGTON, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
Fax(770)220-0685