**IT IS ORDERED as set forth below:**



**Date: March 30, 2022**

_____
        **Paul W. Bonapfel**
   **U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: 22-50495-PWB |
| HIEP NGOC TRAN<br>*aka* Ngoc-Hiep Thi Tran, | CHAPTER 7 |
|     Debtor.<br>_____<br>HIEP NGOC TRAN<br>*aka* Ngoc-Hiep Thi Tran, | JUDGE BONAPFEL |
|     Movant,<br>v.<br>CITIBANK, N.A.,<br>    Respondent. | CONTESTED MATTER |

### O R D E R

      Before the Court is the Motion to Avoid Lien (the "Motion") of the above-named Debtor, as provided by 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). (Docket No. 11). This Respondent has not filed a response; thus, the Motion is deemed to be unopposed. *See* BLR 6008-1(b), N.D. Ga. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the lien held by the Respondent upon exempt property of the above-named Movant is **AVOIDED** to the extent that such lien impairs an exemption to which Movant would have been entitled pursuant to 11 U.S.C. § 522(b).

The Clerk of Court is directed to serve a copy of this Order on the parties on the below distribution list.

END OF DOCUMENT

DISTRIBUTION LIST

**Hiep Ngoc Tran**
308 Wickley Way
Woodstock, GA 30188

**E. L. Clark**
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

**S. Gregory Hays**
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

**Citibank, N.A.**
Jane Fraser, CEO
701 East 60th Street North
Sioux Falls, SD 57104