UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-50495-PWB |
| | ) | |
| HIEP NGOC TRAN, | ) | CHAPTER 7 |
| aka NGOC-HIEP THI TRAN, | ) | |
| | ) | |
| Debtor. | ) | |

### NOTICE OF *TRUSTEE'S MOTION FOR AN ORDER AUTORIZING THE SALE OF PROPERTY OF THE BANKRUPTCY ESTATE,* DEADLINE TO OBJECT, AND FOR HEARING

**PLEASE TAKE NOTICE** that on May 20, 2022, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Hiep Ngoc Tran ("**Debtor**"), filed a *Motion for an Order authorizing the Sale of Property of the Bankruptcy Estate* [Doc. No. 21] (the "**Motion**"), and related papers with the Court, seeking an order authorizing the sale by the Trustee to the Debtor of the Bankruptcy Estate's non-exempt interest in a 2019 Nissan Pathfinder worth approximately $16,000.00 for a payment of $16,000.00[1].

Pursuant to Second Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in the Motion, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and serve a copy on the Trustee, S. Gregory Hays, 2964 Peachtree Road, NW, Ste 555, Atlanta, GA 30305, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

---

[1] Debtor has paid $16,000 to the Trustee.

A hearing on the Motion has been scheduled for **June 23, 2022**. The Court will hold an initial telephonic hearing for announcements on the Motion at the following number: toll-free number: **833-568-8864; meeting ID 161 794 3084, at 10:00 a.m. in Courtroom 1401**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: May 20, 2022.

                                                                                  */s/ S. Gregory Hays*

Hays Financial Consulting, LLC                   S. Gregory Hays
2964 Peachtree Road, NW, Ste 555            Chapter 7 Trustee
Atlanta, GA 30305
(404) 926-0060