UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-50495-PWB |
| | ) | |
| HIEP NGOC TRAN, | ) | CHAPTER 7 |
| aka NGOC-HIEP THI TRAN, | ) | |
| | ) | |
|   Debtor. | ) | |

**CERTIFICATE OF SERVICE**

    This is to certify that I, S. Gregory, am over the age of 18 and that on May 20, 2022, I have caused to be served true and correct copies of the *Notice of Trustee's Motion for an Order Authorizing the Sale of Property of the Bankruptcy Estate* [Doc. No. 22] by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery, on all of those entities set forth below and on Exhibit "A" at the addresses stated.

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

Hiep Ngoc Tran
308 Wickley Way
Woodstock, GA 30188

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Citibank, N.A.
Jane Fraser, CEO
701 East 60th Street
North Sioux Falls, SD 57104

    This 20th day of May, 2022.

                                                */s/ S. Gregory Hays*
                                                S. Gregory Hays
                                                Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060

**Exhibit "A"**

Case 22-50495-pwb    Doc 23    Filed 05/20/22    Entered 05/20/22 14:09:40    Desc Main
Document    Page 2 of 4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 22-50495-pwb<br>Northern District of Georgia<br>Atlanta<br>Fri May 20 11:11:25 EDT 2022 | Amex/Bankruptcy<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| Capital One Bank (USA), N.A.<br>Richard Dana Fairbank, CEO<br>4851 Cox Road<br>Glen Allen, VA 23060-6293 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank, N.A.<br>Barbara J. Desoer, CEO<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0432 |
| E. L. Clark<br>Clark & Washington, LLC<br>Bldg. 3<br>3300 Northeast Expwy.<br>Atlanta, GA 30341-3932 | (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3129<br>OMAHA NE 68102-1593 | Fnb Omaha<br>Attn: Bankruptcy<br>Po Box 2490<br>Omaha, NE 68103-2490 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 | IRS<br>401 W. Peachtree St., NW<br>Stop #334-D<br>Room 400<br>Atlanta, GA 30308 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| McCarthy, Burgess & Wolff<br>The MB&W Building<br>26000 Cannon Road<br>Cleveland, OH 44146-1807 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Phillips Edison & Company<br>11501 Northlake Drive<br>Cincinnati, OH 45249-1667 | Phillips Edison & Company<br>RA C T CORPORATION SYSTEM<br>289 S Culver St<br>Lawrenceville, GA 30046-4805 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/TJX<br>Attn: Bankruptcy Dept<br>Po Box 965064<br>Orlando, FL 32896-5064 | Hiep Ngoc Tran<br>308 Wickley Way<br>Woodstock, GA 30188-7044 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Wells Fargo Bank NA<br>1 Home Campus Mac X2303-01a<br>3rd Floor<br>Des Moines, IA 50328-0001 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BBVA<br>Attn: Bankruptcy<br>Po Box 10566<br>Birmingham, AL 35296 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | First National Bank<br>Attn: Bankruptcy<br>Po Box 3128<br>Omaha, NE 68103 |
| Georgia Department of Revenue<br>Compliance Division<br>ARCS Bankruptcy<br>1800 Century BLVD NE Suite 9100<br>Atlanta, GA 30345-3202 | Macys/fdsb<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | End of Label Matrix<br>Mailable recipients   25<br>Bypassed recipients    0<br>Total                 25 |