

**IT IS ORDERED as set forth below:**

**Date: June 17, 2022**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-50495-PWB |
| | ) | |
| HIEP NGOC TRAN, | ) | CHAPTER 7 |
| aka NGOC-HIEP THI TRAN, | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO SELL PROPERTY OF THE BANKRUPTCY ESTATE**

On May 20, 2022, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Hiep Ngoc Tran aka NGOC-Hiep Thi Tran, ("**Debtor**"), filed his *Motion for an Order Authorizing the Sale of Property of the Bankruptcy Estate* [Doc. No. 21] (the "**Motion**"), seeking an order authorizing the sale of the Bankruptcy Estate's interest in a 2019 Nissan Pathfinder for the sale price of $16,000 to the Debtor (the "**Sale**").

Also on May 20, 2022, Trustee filed *Notice of Trustee's Motion for and Order Authorizing the Sale of Property of the Bankruptcy Estate; Deadline to Object; and for Hearing* [Doc. No. 22] (the "**Notice**") regarding the Motion, in accordance with the Second Amended and

Restated General Order No. 24-2018. Trustee certifies that he served the Notice on all requisite parties in interest on May 20, 2022 [Doc. No. 23].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in the Second Amended and Restated General Order No. 24-2018. No objection to the Motion was filed prior to the objection deadline provided in the Notice.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**: the Sale is approved. It is further

**ORDERED** that Trustee and Debtor may take any other actions necessary to effectuate the terms of the Sale. It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Sale, and (iii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

**[END OF DOCUMENT]**

**Order prepared and presented by**:

By:/s/ *S. Gregory Hays*
    S. Gregory Hays
    Chapter 7 Trustee
2964 Peachtree Road NW, Ste 555
Atlanta, GA 30305
(404) 926-0060

**Identification of entities to be served:**

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Hiep Ngoc Tran
308 Wickley Way
Woodstock, GA 30188

Citibank, N.A.
Jane Fraser, CEO
701 East 60th Street
North Sioux Falls, SD 57104