UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| HIEP NGOC TRAN, | : | CASE NO. 22-50495-PWB |
| aka NGOC-HIEP THI TRAN, | : | |
| | : | |
| Debtor. | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

By Order entered on June 24, 2022 [Doc. No. 24], this Court authorized the Trustee to sell the Bankruptcy Estate's interest in a 2019 Nissan Pathfinder (the "**Nissan**") to the Debtor, Hiep Ngoc Tran, ("**Purchaser**") for a purchase price of $16,000.00.

2.

The Trustee reports that he received $16,000 for the purchase of the Bankruptcy Estate's interest in the Nissan and the interest in the Nissan has been delivered to the Purchaser.

Respectfully submitted this 27th day of September, 2022.

                                                                               */s/ S. Gregory Hays*
                                                                               S. Gregory Hays
                                                                                Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, Georgia 30305
(404) 926-0060

# CERTIFICATE OF SERVICE

I, S. Gregory Hays, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **Report of Sale** by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated and upon all the following persona or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

E. L. Clark
Clark & Washington, LLC
Bldg. 3 3300 Northeast Expwy.
Atlanta, GA 30341

Hiep Ngoc Tran
308 Wickley Way
Woodstock, GA 30188

Citibank, N.A.
Jane Fraser, CEO
701 East 60th Street North
Sioux Falls, SD 57104

This 27th day of September, 2022.

/s *S. Gregory Hays*
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, Georgia 30305
(404) 926-0060